UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOT VAN VO, | No. C06-01639-RSL-MAT |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| MICHAEL CHERTOFF, SECRETARY FOR THE DEPARTMENT OF HOMELAND SECURITY; ET AL., | |
| Respondents. | |

Petitioner's motion for an additional seven (7) days in which to file his response to Respondents' motion to dismiss is hereby GRANTED. IT IS SO ORDERED.

Granted this 9th day of January, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER